

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00268-CV

**BROADWAY LONE STAR LTD** and West Loop Mitsubishi,
Appellants

v.

**VITESCO TECHNOLOGIES USA**, LLC and Continental Automotive Systems, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI07142
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

DISMISSED

On August 13, 2025, we issued an interlocutory opinion and judgment that granted the motion to dismiss by Appellants Estate of Marcellus Briscoe, deceased, by and through his Executrix Dorothy Hindman, Kimberly Sherlae Houston, and James Briscoe ("the Briscoe Appellants") and dismissed the Briscoe Appellants' appeal. We noted that the appeal brought by Appellants Broadway Lone Star, Ltd and West Loop Mitsubishi ("the Broadway Appellants") remained pending. The Broadway Appellants have now filed a motion to dismiss pursuant to

Texas Rule of Appellate Procedure 42.1(a)(1), stating that they have settled their dispute with Appellees Vitesco Technologies USA, LLC and Continental Automotive Systems, Inc. The motion to dismiss contains a certificate of service to appellees, which have not opposed the motion. We therefore grant the motion and dismiss the Broadway Appellants' appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal associated with the appeal of the Broadway Appellants are taxed against the Broadway Appellants. *See id.* 42.1(d).

PER CURIAM